Alan Lee LUKENS,
petitioner, Appellant,

v.

STATE of Minnesota, Respondent.

No. CX–86–1377.

Supreme Court of Minnesota.

June 25, 1987.

## ORDER

It now appearing that the petition for further review of the decision of the Court of Appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the April 17, 1987, order of this court granting *review* of the February 17, 1987, opinion of the Court of Appeals be, and the same is, *vacated.*